UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUANE ALVES,<br>    Plaintiff,<br><br>    v.<br><br>JOHN DALY, JAMES HYDE, ARIEL COLLAZO, CHRISTOPHER BORUM, LUIZ MARTINEZ, JONATHAN WELCH, EDMOND M. RICHARDI, NORTH STREET STEAK HOUSE AND SPORTS BAR, INC., and FIDDE REALTY, LLC,<br>    Defendants. | Civ. A. No. 12-10935-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                April 4, 2014

In his February 21, 2014 affidavit, filed in response to the February 14, 2014 Memorandum and Order, Leonard Kesten, Esq. provides additional information concerning the assertion that he failed to meet, as ordered, with plaintiff's counsel to discuss settlement. He also assured the court that "such conduct will not recur." In view of the foregoing, the court finds that it is not necessary or appropriate to institute criminal contempt proceedings against Mr. Kesten.

                                                  /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE